FILED IN OPEN COURT
ON 3-7-17 BRH
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-72-1FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **I N D I C T M E N T** |
| ) | |
| GARRETT ASHER GRIMSLEY ) | |

The Grand Jury charges that:

**COUNT ONE**

On or about February 19, 2017, in the Eastern District of North Carolina, the Defendant, GARRETT ASHER GRIMSLEY, did knowingly and intentionally transmit in interstate commerce a threat to injure the person of others, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 3-7-17

JOHN STUART BRUCE
United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney