UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-00072-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| GARRETT ASHER GRIMSLEY | ) | |

Upon good cause having been shown, the Court hereby **ORDERS** the United States Marshals Service to allow the following federal law enforcement officers to remove GARRETT ASHER GRIMSLEY from the custody of the United States Marshals Service for the purpose of interviewing GARRETT ASHER GRIMSLEY at a United States Government Facility located in the Eastern District of North Carolina:

    FBI Task Force Officer Andrew Maurer

    FBI Task Force Officer Dwayne Burroughs

It is further **ORDERED** that the United States Marshal or his designee be contacted in advance to make appropriate arrangements for removal of the prisoner each time the prisoner is removed from the custody of the United States Marshal or his designee, and that the United States Marshal or his designee be informed of the precise location where the prisoner will be taken, as well as the estimated length of time said prisoner will remain at that location.  The

federal agent is to immediately inform the United States Marshal or his designee of any change in location.

During the handling and/or transportation of said prisoner, the federal agent is **ORDERED** to employ all physical security restraints as prescribed by pertinent United States Marshal Service regulations as set out in Chapter 8 of the United States Marshals Service Manual.

Furthermore, inasmuch as the federal agent is responsible for the security and well-being of said prisoner and of other parties concerned with therewith until the prisoner is returned to the United States Marshal or his designee, the federal agent is **ORDERED** to return the prisoner to the custody of the United States Marshals Service for safekeeping overnight, unless other arrangements have specifically been permitted by the Court.

So ORDERED the  2nd  day of November, 2017

_____
UNITED STATES DISTRICT JUDGE
LOUISE W. FLANAGAN