UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:17-CR-72-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARRETT GRIMSLEY | ORDER |

This matter having come before the Court by the Defendant's motion for leave for the Court to consider the Defendant's sentencing memorandum filed less than one week from the sentencing hearing, and for good cause shown, it is hereby ORDERED that the Defendant's sentencing memorandum will be considered.

This  5th   day of January, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge